■ KAREN WARD, Individually and as Parent and Natural Guardian of TYLER WARD, an Infant, Appellant, v PYRAMID COMPANY OF ONONDAGA et al., Respondents. [786 NYS2d 758]—Motion for reargument granted and, upon reargument, the

memorandum and order entered October 1, 2004 [11 AD3d 1012] is amended by deleting the word "assaults" and substituting the word "misconduct" in the last sentence of the third paragraph of the memorandum. Present—Green, J.P., Pine, Scudder, Martoche and Hayes, JJ.